E-FILED
Monday, 24 July, 2017 01:21:48 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 24 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT

OF THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

CHARLES W.POLLOCK,JR.,

Movant,

v. Case No.1:16-cv-01020-JES

UNITED STATES OF AMERICA,

Respondent.

# MOTION TO UNSEAL DOCUMENTS

Movant, Charles W.Pollock,Jr., pro se, respectfully requests the Court to enter an order directing the Clerk of the Court to unseal documents related to the above cause number because movant has filed an appeal to the denial of movants 2255 Motion and needs these records in preparing the appeal. Movant requests the unsealing of the following document, Docket Entry No. (7) seven. Date 02/12/2016. See enclosed copy of docket sheet and cover page.

Respectfully submitted,

[signature] Date 7-20-17.

Charles W.Pollock,Jr., 17675-026

Federal Medical Center

P.O. Box 4000

Rochester, MN. 55903

18,CLOSED,HABEAS,PROSE

# U.S. District Court
# CENTRAL DISTRICT OF ILLINOIS (Peoria)
# CIVIL DOCKET FOR CASE #: 1:16-cv-01020-JES
# Internal Use Only

Pollock v. United States of America
Assigned to: Chief Judge James E. Shadid
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 01/19/2016
Date Terminated: 12/07/2016
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Charles W Pollock, Jr** represented by **Charles W Pollock, Jr**
17675-026
ROCHESTER
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 4000
ROCHESTER, MN 55903
507-287-0674
PRO SE

V.

**Respondent**

**United States of America** represented by **Bradley W Murphy**
US ATTY
One Technology Plaza
Suite 400
211 Fulton St
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: brad.murphy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**K Tate Chambers**
US ATTY

| | | |
|---|---|---|
| 02/12/2016 | 7 | +++ SEALED DOCUMENT - ORIGINAL DOCUMENT UNREDACTED - Order (FDT, ilcd) (Entered: 02/12/2016) |
| 03/18/2016 | 8 | RESPONSE to Motion re 1 MOTION to Vacate, Set Aside or Correct Sentence (2255) filed by Respondent United States of America. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Affidavit, # 4 Affidavit, # 5 Affidavit)(Chambers, K) (Entered: 03/18/2016) |
| 03/21/2016 | 9 | MOTION to Dismiss Based on Fraud on the Court by Prosecutor by Petitioner Charles W Pollock, Jr. Responses due by 4/7/2016 (RK, ilcd) (Entered: 03/21/2016) |
| 03/22/2016 | | TEXT ONLY ORDER denying 9 Motion to Dismiss, as there has been no fraud on the Court. Entered by Chief Judge James E. Shadid on 03/22/16. (KK, ilcd) (Entered: 03/22/2016) |
| 03/23/2016 | 10 | MOTION (filed as Motion for Production of Documents Pertaining to Grand Jury Indictment Testimony) filed by Petitioner Charles W Pollock, Jr. Responses due by 4/11/2016 (FDT, ilcd) (Entered: 03/23/2016) |
| 03/23/2016 | 11 | MOTION for Reconsideration re Text Order on 9 Motion to Dismiss by Petitioner Charles W Pollock, Jr. Responses due by 4/11/2016 (FDT, ilcd) (Entered: 03/23/2016) |
| 03/23/2016 | 12 | MOTION (in letter form) filed by Petitioner Charles W Pollock, Jr. Responses due by 4/11/2016 (FDT, ilcd) (Entered: 03/23/2016) |
| 03/23/2016 | | TEXT ONLY ORDER finding as moot 12 Motion to deliver copies of motions to the Government, as the Government receives notices of electronic filing of these documents once the files are uploaded into the ECF system. Entered by Chief Judge James E. Shadid on 03/23/16. (KK, ilcd) (Entered: 03/23/2016) |
| 03/24/2016 | 13 | ORDER entered by Chief Judge James E. Shadid on 3/24/16. This Court is unable to grant the relief requested, and his Motion for Production of Documents Pertaining to Grand Jury Indictment Testimony 10 and Motion for Reconsideration Pursuant to a Hobsons Choice 11 are DENIED. SEE FULL WRITTEN ORDER. (FDT, ilcd) (Entered: 03/24/2016) |
| 03/24/2016 | 14 | AMENDED MOTION (filed as Amended Motion for Production of Documents Pertaining to Grand Jury Indictment Testimony and Grand Jury Statement) filed by Petitioner Charles W Pollock, Jr. Responses due by 4/11/2016 (FDT, ilcd) (Entered: 03/24/2016) |
| 03/24/2016 | 15 | AMENDED MOTION for Reconsideration re Text Order on 9 Motion to Dismiss by Petitioner Charles W Pollock, Jr. Responses due by 4/11/2016 (FDT, ilcd) (Entered: 03/24/2016) |
| 03/24/2016 | | ORDER denying 14 Motion for Production of Documents Pertaining to Grand Jury Indictment Testimony and Grand Jury Statement; denying 15 |

IN THE UNITED STATES DISTRICT COURT

OF THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

CHARLES W.POLLOCK,JR.,

Movant,

v. Case No.1:16-cv-01020-JES

UNITED STATES OF AMERICA,

Respondent.

NOTICE OF FILING

TO:

K.Tate Chambers, US ATTY (represented by)

Bradley W.Murphy, US ATTY

One Technology Plaza, Suite 400

211 Fulton St.

Peoria, IL. 61602

YOU ARE HEREBY NOTIFIED that on July 20, 2017, the undersigned sent via U.S. Mail to be filed with the Clerk of the above named Court, Movant's MOTION TO UNSEAL DOCUMENTS, and this notice of filing, copies of which are hereby being served upon you.

Respectfully submitted,

[signature] Date 7-20-17.

Charles W.Pollock,Jr., 17675-026

Federal Medical Center

P.O. Box 4000

Rochester, MN. 55903

COMMITTED NAME: Charles Pollock
REG. NO. & QTRS.: 17675-026 2-1
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

SAINT PAUL MN 550
21 JUL 2017 PM 1 L




⇔17675-026⇔
U S District Court
100 NE Monroe ST
Off. of the Clerk,Rm 309
Peoria, IL 61602
United States

61602-109799